

September 8, 2025

<u>Via ECF:</u>
Clerk
Honorable Judge Frederic Block
U.S. District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

  **Re:**   ***Union Mutual Fire Insurance Company v. Liakas Law, P.C., et al.; Case No. 1:25-cv-01857-FB-CHK***

Dear Clerk:

  Please be advised that I will be on vacation on the following dates:

  June 11, 2026 through June 22, 2026

  I respectfully request that no hearings, depositions, pre-trials, trials or other matters be set or scheduled during this time period in connection with the above-referenced matter.

  All counsel of record are served via the e-filing system.

  Thank you for your courtesy and cooperation in this regard.

      Respectfully Submitted,

      */s/ William J. Clay*
      William J. Clay

cc:  Hon. Frederic Block (via ECF)
   All Counsel of Record (via ECF)

**PENNSYLVANIA** | **NEW YORK** | **NEW JERSEY** | **DELAWARE** | **WEST VIRGINIA** | **FLORIDA** | **TEXAS**

**The Willis Law Group, PLLC** | 1985 Forest Lane, Garland, Texas 75042
(214) 736.9433 – Main | (214) 736.9994 - Facsimile
TheWillisLawGroup.com | E-Service Address: service@thewillislawgroup.com