# PETER BIRZON & ASSOCIATES, P.C.

*Attorneys at Law*

Peter M. Birzon, Esq.

e-mail address:
pbirzon@pbalaw.net

September 9, 2025

<u>Via ECF</u>
Honorable Frederic Block
United States District Judge
U.S. District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: *Union Mutual Fire Insurance Company* v. *Liakas Law, P.C. et al.*
     <u>Docket No. 25 Civ. 1857 (FB) (CHK)</u>

Dear Judge Block:

  I am counsel for McCulloch Orthopaedic Surgical Services, PLLC, Kenneth McCulloch-Otero, M.D. and David R. Capiola M.D. In response to the Court's electronic Order dated September 8, 2025, denying my request to adjourn the Court's conference scheduled for October 1, 2025, I respectfully request the opportunity to attend the conference via electronic means in order to facilitate the calendar of the Court and all counsel. This will allow me to begin the Yom Kippur holiday in a timely manner, as I reside and attend synagogue in Suffolk County.

  Thank you in advance for Your Honor's consideration.

              Respectfully submitted,

              Peter Birzon, Esq.