

Pillsbury Winthrop Shaw Pittman LLP
31 West 52nd Street | New York, NY 10019-6131 | tel 212.858.1000 | fax 212.858.1500

James M. Catterson
tel: +1.212.858.1048
james.catterson@pillsburylaw.com

**VIA ECF**  December 2, 2025

Honorable Frederic Block
Senior United States District Judge
U.S. District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re**:**    *Union Mutual Fire Insurance Company v. Liakas Law, P.C. et al.*
            *Case No. 1:25-cv-01857-FB-JRC*

Dear Judge Block:

    We represent Defendants Liakas Law, P.C. and Dean N. Liakas in the above-referenced matter. Pursuant to the Court's October 22, 2025 minute entry, the Court (1) granted Plaintiff leave to amend and serve a second amended complaint on or before November 24, 2025, and (2) directed the parties to submit a joint proposed briefing schedule by December 2, 2025. The parties have since met and conferred, and on behalf of Plaintiff and all Defendants, we respectfully submit the following agreed-upon proposed briefing schedule for the Court's consideration:

1. Defendants shall each file moving papers on or before January 16, 2026;

2. Plaintiff shall file any opposition papers on or before February 27, 2026; and

3. Defendants shall each file any reply papers on or before March 20, 2026.

The parties respectfully request that the Court enter the foregoing schedule.

Respectfully submitted,

_____
James M. Catterson
Partner

CC: All counsel of record via E-Filing.