UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNION MUTUAL FIRE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>- *against* –<br><br>LIAKIS LAW P.C. et al,<br><br>Defendants. | Civil Action No.:<br>1:25-cv-01857 (FB) (CHK)<br><br>**NOTICE OF WITHDRAWAL OF ATTORNEY** |

To the Clerk of the Court and all parties of record:

**PLEASE TAKE NOTICE** that KAUFMAN, BORGEEST & RYAN LLP request to withdrawal as counsel for Defendant Yan Moshe ("Defendant") and further request removal from the Court's electronic filing notification system for this action.

Dated: New York, New York
December 3, 2025

                                                      Respectfully submitted,

                                                      KAUFMAN BORGEEST & RYAN

                                                      Dianna D. McCarthy
                                                      875 Third Ave, 5th Floor
                                                      New York, New York 10022
                                                      Telephone: (212) 980-9600
                                                      dmccarthy@kbrlaw.com

TO: All counsel of record.