UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNION MUTUAL FIRE INSURANCE COMPANY,<br><br>                    Plaintiff,<br><br>            - *against* –<br><br>LIAKIS LAW P.C. et al,<br><br>                    Defendants. | Civil Action No.:<br>1:25-cv-01857 (FB) (CHK)<br><br>**NOTICE OF WITHDRAWAL OF ATTORNEY** |

To the Clerk of the Court and all parties of record:

**PLEASE TAKE NOTICE** that KAUFMAN, BORGEEST & RYAN LLP request to withdrawal as counsel for Defendant Yan Moshe ("Defendant") and further request removal from the Court's electronic filing notification system for this action. In Plaintiff's Amended Complaint, Yan Moshe, was removed as a named Defendant. As such, we no longer represent him.

Dated: New York, New York
         December 5, 2025

                                                            Respectfully submitted,

                                                            KAUFMAN BORGEEST & RYAN

                                                            _____
                                                            Dianna D. McCarthy
                                                            875 Third Ave, 5th Floor
                                                            New York, New York 10022
                                                            Telephone: (212) 980-9600
                                                            dmccarthy@kbrlaw.com

TO: All counsel of record.